STATE OF NEW JERSEY v. AARON JONES.

April 18, 1972. Petition for certification denied.

SANDRA ZAHORIAN v.
RUSSELL FITT REAL ESTATE AGENCY.

April 18, 1972. Petition and cross-petition for certification granted.

STATE OF NEW JERSEY v. JAMES HOLMES.

April 18, 1972. Petition for certification denied.